CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Chief, Civil Division
SHAMIRA DWARICA (CABN 353189)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7312
FAX: (415) 436-7000
shamira.dwarica@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE TRANSITO CASTRO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.,<br><br>Defendants. | Case No. 3:26-CV-09945-TSH<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; ~~[PROPOSED]~~ ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties submit the following stipulated request to extend the time for Defendants' response to the complaint. In support of this request, the parties state as follows:

1. Defendants' response to the complaint is currently due November 13, 2026.

2. On September 7, 2026, Plaintiffs filed this action seeking adjudication of their Forms I-589, Applications for Asylum and for Withholding of Removal. *See* Dkt. No. 1.

3. Plaintiffs have agreed to waive the asylum interview requirement. United States Citizenship and Immigration Services needs additional time to process the interview waiver and issue a Notice to Appear, once the waiver is received. Accordingly, the parties conferred and agreed to extend the time for Defendants' response by 30 days.

4. The parties therefore stipulate to extend the time for Defendants' response to December 14, 2026.

5. There have been no previous modifications of time in this case, whether by stipulation or Court order.

IT IS SO STIPULATED.

Dated: November 12, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Shamira Dwarica**
SHAMIRA DWARICA
Assistant United States Attorney
Attorneys for Defendants

Dated: November 12, 2026

*/s/ Josh Franklin Sigal*
JOSH FRANKLIN SIGAL
Mendelson Law Firm, A.P.C.
Attorney for Plaintiffs

**The filer of this document hereby attests pursuant to Civil Local Rule 5-1(i)(3) that all signatories have concurred in the filing of this document.*

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 13, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge